# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

TRUSTEES OF THE OHIO
LABORERS' FRINGE BENEFIT
PROGRAMS,

        Plaintiffs,

vs.

                                        **Case No.: 2:17-cv-141**
                                        **JUDGE GEORGE C. SMITH**
                                        **Magistrate Judge Jolson**

ANTHONY GIORDANO,

        Defendant.

## ORDER

On June 8, 2017, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiffs' Motion for Default Judgment (Doc. 9) be **GRANTED** and that the Clerk enter final judgment against Defendant Anthony Giordano in the amount of $28,045.34, including unpaid fringe benefit contributions through August 2014, and prejudgment interest and liquidated damages, plus attorneys' fees of $2,358.75, plus interest from the time of judgment at the rate of 1% per month, and the costs of this action. (*See* Doc. 11).

The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The Clerk shall enter judgment as set forth in detail in the Report and Recommendation and summarized above.

The Clerk shall remove Documents 9 and 11 from the Court's pending motions list and close this case.

**IT IS SO ORDERED**.

/s/ *George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**